IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Delisha Richardson
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Brinker International,
Chili's Bar & Grill, Dave Kennedy,
Paul Armstrong, Mike White,
Todd Duckadoo, Tad Thomas,
Christina Schiavone,
Jayson Nadaf

(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:13-CV-53-FL
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 9026 Brookfield Est
Rocky Mount, NC 27803

2. Defendant(s)name(s): Brinker International,
Chili's Bar & Grill, Paul Armstrong,
& Todd Duckadoo, Dave Kennedy,
Mike White, Tad Thomas, Christina
Schiavone,
Jayson Nadaf

1

Location of principal office(s) of the named defendant(s):
Chili's Rocky Mount, NC

Nature of defendant(s) business: Bar & Grill

Approximate number of individuals employed by defendant:
126,000 employees world wide

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) _____ Termination of my employment.

    (C) \_\_✓\_\_ Failure to promote me.

    (D) \_\_✓\_\_ Other acts as specified below:

Retaliation against me after filing w/ EEOC w/in State of North Carolina. Declining of my hours & pay.

5. Plaintiff is:

   (A) __✓__ presently employed by the defendant.

   (B) _____ not presently employed by the defendant.

   The dates of employment were _____.

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __✓__ my race.

   (B) _____ my religion.

   (C) __✓__ my sex.

   (D) _____ my national origin.

   (E) __✓__ other as specified below:

   Retaliation

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Paul Armstrong      AREA DIRECTOR
   Todd Luckadoo           "
   Dave Kenney         GENERAL MANAGER
   Tad Thomas              "
   Mike White          ASSISTANT MANAGER
   Christina Schiavone     "
   Jayson Nadal        Old General MANAGER

3

8. The alleged discrimination occurred on or about <u>Oct. 18, 2011 To present, Retaliation began Mar. 23, 2012</u>

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

I was Repeatedly told that as soon as another MIT (MID) class opened up, I was next in line to go into the Manager training program. However after I found out on Oct 18, 2011 that 2 lesser qualified whites had been sent to the next class & I complained According to company policy & procedures, there all of a sudden was a problem w/ my job performance, issues arouse w/ my Schedule, & yet during the same time I was acting as an extra manager but was not getting the pay and finally Retaliation tactics became more determintal to my emotional, physical, & financial well being w/ in the company.

10. The alleged illegal activity took place at: <u>Chili's Rocky Mount, NC</u>

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about <u>Oct. 2011</u>. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on <u>Oct. 27, 2012</u>.

4

12. I seek the following relief:

   (A)  ✓  recovery of back pay;

   (B)  ____  reinstatement to my former job;

   (C)  ✓  trial by jury on all issues so triable;

   and any other relief as may be appropriate, including

   injunctive orders, damages, costs and attorney's fees.

_1·17·13_
Date

Signature of Plaintiff

9026 Brookfield est
Rcky Mt. NC 27803
230·0954

Address and Phone Number of Plaintiff