IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-53-D

| | |
|---|---|
| SELISHA RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRINKER INTERNATIONAL, ) | |
| CHILI'S BAR & GRILL, et al., ) | |
| ) | |
| Defendants. ) | |

On February 22, 2013, defendants Dave Kenney, Paul Armstrong, Mike White, Todd Luckadoo, Tad Thomas, Christina Schiavone, and Jayson Nadal moved to dismiss the Title VII claims of Selisha Richardson against these defendants. These individuals cannot be liable under Title VII. See, e.g., Lissau v. S. Food Serv., Inc., 159 F.3d 177, 181 (4th Cir. 1998). Accordingly, the motion to dismiss [D.E.16] is GRANTED. The individual defendants are DISMISSED.

SO ORDERED. This 15 day of May 2013.

JAMES C. DEVER III
Chief United States District Judge