IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:13-cv-00053-D

SELISHA RICHARDSON, )
)
    Plaintiff, )
)
vs. )  **ORDER GRANTING DEFENDANT'S**
)  **MOTION FOR DISMISSAL PURSUANT TO**
BRINKER INTERNATIONAL, and )  **FED. R. CIV. P. 37 AND 41(B)**
CHILI'S )
BAR & GRILL, )
)
)
    Defendants. )

The Court issued an ORDER dated January 6, 2014 requiring Plaintiff to fully respond to Defendant's First Set of Interrogatories and Request for Production of Documents by January 17, 2014, or risk dismissal and an award of costs and fees. Plaintiff has made no effort to respond to Defendant's First Set of Interrogatories and Request for Production of Documents as directed by the Court and mandated by the Federal Rules of Civil Procedure.

AND NOW, upon consideration of Defendant's Motion for Dismissal Pursuant to Fed. R. Civ. P. 37 and 41(B), as well as Plaintiff's failure to abide by the ORDER of this Court, it is hereby

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITH PREJUDICE.

SO ORDERED. This _6_ day of May 2014.

                                              JAMES C. DEVER III
                                              Chief United States District Judge