AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SELISHA RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRINKER INTERNATIONAL, CHILIS BAR & )<br>GRILL, DAVE KENNEY, PAUL )<br>ARMSTRONG, MIKE WHITE, TODD )<br>LUCKADOO, TAD THOMAS, CHRISTINA )<br>SCHIAVONE, AND JAYSON NADAL, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-53-D** |

**Decision by the Court:**

    IT IS ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED WITH PREJUDICE. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MAY 7, 2014** WITH A COPY TO:

Selisha Richardson, pro se (via USPS to 9026 Brookfield Estates, Rocky Mount, NC 27803)
Matthew Duncan (via CM/ECF electronic notification)
Kyle Still (via CM/ECF electronic notification)


May 7, 2014                                     JULIE A. RICHARDS, Clerk
Date                                                Eastern District of North Carolina

                                                           /s/ Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina